IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

CONTRELL CARTER
aka COTTRELL CARTER, #106773                                    PETITIONER

VERSUS                                    CIVIL ACTION NO. 4:08cv142-TSL-LRA

RONALD KING, et al.                                             RESPONDENTS

ORDER

BEFORE the Court is petitioner's request for habeas corpus relief filed pursuant to 28 U.S.C. § 2254. Having reviewed the petition and the attached exhibits, this Court finds that the petitioner was convicted of a sex crime involving a minor and that the name of the minor victim as well as the victim's birthday is referred to in the exhibits attached to his petition. Additionally, the exhibits also state in full the petitioner's social security number as well as his birthday.

Because the exhibits refer to the name of the minor victim, the complete birthdays for both the victim and the petitioner, and the petitioner's social security number, petitioner has failed to comply with the Administrative Procedures regarding Case Management/Electronic Case Filing (CM/ECF). The petitioner and the other parties in the instant civil case are reminded in any document filed in this Court that only the initials of a minor should be used, that the social security number shall be shown by only its final four digits, that the person's date of birth shall be stated by only the year of birth, and that any financial account number shall be stated by only the last four digits or letters of

the number.  Therefore, this Court has determined that the petition including the exhibits attached to it will be sealed in this matter.  Accordingly,

IT IS HEREBY ORDERED that the Clerk of Court is directed to seal the petition and the attached exhibits filed in this matter until further order of this Court.

SO ORDERED, the  15th         day of December, 2008.


                                /s/Tom S. Lee
                                UNITED STATES DISTRICT JUDGE